**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CIVIL ACTION NO. 21-7-DLB-MAS**

**BRUCE DEREK SPRING**                                                                                           **PLAINTIFF**

**v.**             **ORDER ADOPTING RECOMMENDED DISPOSITION**

**OFFICER RICHARDSON, et al**                                                                            **DEFENDANT**

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

This matter is before the Court upon the May 18, 2022, Recommended Disposition ("R&R") of United States Magistrate Judge Matthew A. Stinnett. (Doc. # 27), wherein he recommends that Plaintiff Spring's Complaint (Doc. # 1) be dismissed with prejudice due to Plaintiff's failure to prosecute pursuant to both Federal Rule of Civil Procedure 41(b) and Local Rule 5.3.

No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration.[1]  The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)    The Magistrate Judge's R&R (Doc. # 27) is hereby **ADOPTED** as the Opinion of the Court;

---

[1]    On April 27, 2022, Judge Stinnett entered an Order, (Doc. # 25), directing Plaintiff Spring to show cause why this matter should not be dismissed with prejudice to which Spring never responded.

1

(2) Plaintiff's Complaint (Doc. # 1) is hereby **DISMISSED with prejudice** and **STRICKEN** from the Court's active docket;

(3) Defendants' motion to dismiss (Doc. # 24) is **denied as moot**; and

(4) A Judgment shall be entered contemporaneously herewith.

This 8th day of June, 2022.

Signed By:
*David L. Bunning*
United States District Judge

K:\DATA\ORDERS\Cov2021\21-7 Order Adopting R&R.docx